IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
*ex rel.* GEORGINA TEGART, and
GEORGINA TEGART,

    Plaintiffs,

v().

NORTHCENTRAL TECHNICAL
COLLEGE DISTRICT BOARD OF
TRUSTEES, NORTHCENTRAL
TECHNICAL COLLEGE, CHRIS
SEVERSON, MICHELLE LINDELL,
JEANNIE WORDEN, and SHELLY
MONDEIK,

    Defendants.

Case No. 14-cv-221

**FILED *EX PARTE* AND UNDER SEAL**

## ORDER

Based on the United States' decision to not intervene at this time pursuant to the False Claims Act, the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the Defendants by the Relator in accordance with Federal Rule of Civil Procedure 4;

2. all other contents of the Court's file in this action filed *ex parte* and under seal remain *ex parte* and under seal, and not be made public or served upon the Defendants, except for this Order and the United States' Notice, which the relator will serve upon the Defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

5. the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States;

7. all orders of this Court shall be sent to the United States; and

8. should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated this 17TH day of March, 2015.

JAMES D. PETERSON
United States District Judge