IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GEORGINA TEGART,

                Plaintiff,

v.

NORTHCENTRAL TECHNICAL COLLEGE
DISTRICT BOARD OF TRUSTEES and
NORTHCENTRAL TECHNICAL COLLEGE,

                Defendants.

ORDER

14-cv-221-jdp

---

On January 27, 2016, plaintiff Georgina Tegart's attorney moved to withdraw. Dkt. 35. The court gave Tegart until February 12, 2016, to respond to the motion, indicating that if Tegart did not respond, then the court would dismiss this case without prejudice. Dkt. 39. Tegart's attorney has certified that she provided Tegart with copies of the motion to withdraw and the court's order. Dkt. 41. Tegart's deadline for responding has now passed without any word from her.

Accordingly, IT IS ORDERED that:

1. This case is DISMISSED, without prejudice, for plaintiff Georgina Tegart's failure to prosecute it. Each side is to bear its own costs.

2. The clerk of court is directed to mail a copy of this order to plaintiff and close this case.

Entered February 17, 2016.

                BY THE COURT:

                /s/

                _____
                JAMES D. PETERSON
                District Judge